EZRA FULLER *versus* THE COUNTY COMMISSIONERS
OF PLYMOUTH.

Damages arising from the taking of land for a highway, may be released by a parol
agreement made before the county commissioners and entered on their records.

THIS was a petition for a mandamus to the county com-    *Oct. 26th.*
missioners of Plymouth county, to compel them to grant a
jury to assess the damages sustained by the petitioner, by the
laying out of a highway over his land. It appeared by the
records of the commissioners, that he had waived his claim to
greater damages than the commissioners had awarded to him.
The fact of a waiver was denied by him, and he contended
that a claim for damages in such a case could not be released
except by a writing signed by the owner of the land. But
the *Court* said, that although a right of way is an interest in
real estate, yet that the taking of land for a highway is an act
done by the commissioners pursuant to authority given them
by statute, and the waiver of damages is a relinquishment,
not of an interest in land, but of a pecuniary claim ; that this
claim may be released by parol before the commissioners and
by an entry thereof on their records, and their records will
be conclusive evidence of such release ; wherefore, in the
present case, the commissioners were justified in refusing a
jury, and the petition must be dismissed.

*Eddy*, for the petitioner, cited *Phillips* v. *Thompson*, 1
Johns. Ch. R. 131.

*Beal*, for the respondents.